**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 01-cr-00382-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.      GORDON ANTHONY HILL,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that a supervised release violation hearing regarding Defendant Gordon Anthony Hill is set **Monday, November 9, 2009 at 8:30 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

DATED: November 3, 2009
_____